UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JESSICA SIMON,                                    :

                            Plaintiff,            :

            -against-                             :

THE CITY OF NEW YORK, *ET AL.*,                   :

                            Defendants.           :

-----------------------------------------------------------x

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 8/6/08               │
└─────────────────────────────────┘
```

08 Civ. 6817 (SHS) (DF)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____   Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_____   Settlement*

_____   Inquest After Default/Damages Hearing

_____   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

_____   Habeas Corpus

_____   Social Security

_____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____
_____

All such motions: _____

Dated: New York, New York
       August 6, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.